MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY CARTER BUNCH, an individual,<br><br>      Plaintiff,<br><br> v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company;<br><br>      Defendants. | Case No.:  2:15-cv-00155-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**WHEREAS** plaintiff, Kelly Carter Bunch ("plaintiff") and defendant, Experian Information Solutions, Inc. ("Experian") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between plaintiff and Experian in the above-captioned matter;

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by plaintiff and Experian, by and through their respective attorneys of record, and subject to the approval of the Court, that

///

///

///

///

///

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Experian, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

| Dated this 17th day of September, 2015. | Dated this 17th day of September, 2015. |
|---|---|
| **BLACK & LOBELLO** | **SNELL & WILMER LLP** |
| */s/ Kevin L. Hernandez* . <br> Maximiliano D. Couvillier III, Esq. <br> Nevada Bar No. 7661 <br> Kevin L. Hernandez, Esq. <br> Nevada Bar No. 12594 <br> 10777 W. Twain Ave., 3rd Floor <br> Las Vegas, NV 89135 <br> *Attorneys for plaintiffs* | */s/ Bob Olson* . <br> Bob Olson, Esq. <br> Nevada Bar No. 3783 <br> Charles E. Gianelloni, Esq. <br> Nevada Bar No. 12747 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> *Attorneys for defendant Experian Information Solutions, Inc. .* |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of plaintiff and Experian under FRCP 41(a)(1)(A)(ii), defendant, Experian shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 24, 2015