Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2879 St. Rose Parkway, Suite 130A
Henderson, Nevada 89052
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY CARTER BUNCH, an individual, | Case No.:  2:15-cv-00155-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF EQUIFAX, INC. WITH PREJUDICE** |
| EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; | |
| Defendants. | |

**WHEREAS** plaintiff Kelly Carter Bunch, and defendant Equifax, Inc. ("Equifax") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties in the above-captioned matter;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Equifax, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 10th day of March, 2016.                DATED this 10th day of March, 2016.

**LAW OFFICE OF**                                  **SNELL & WILMER, L.L.P.**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                           */s/ Bradley Austin*
Kevin L. Hernandez, Esq.                           Bradley Austin, Esq.
Nevada Bar No. 12594                               Nevada Bar No. 13064
2879 St. Rose Parkway, Suite 130A                  3883 Howard Hughes Parkway, Suite 1100
Henderson, Nevada 89052                            Las Vegas, Nevada 89169
*Attorneys for plaintiff*                          *Attorneys for Equifax, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a)(1)(A)(ii), defendant Equifax, Inc. shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 14, 2016